# EXHIBIT B-1

## INDECOPI Statement (Certified English Translation)

**COLEGIO DE TRADUCTORES DEL PERÚ**
Creado por Ley N° 26684

MAYRA MILAGROS ALAYO RUBIO
CTP N.° 0773
Certified Translator
Spanish – English – French – Portuguese

# CERTIFIED TRANSLATION
# CT No. 0061-2025

STATEMENT ISSUED BY THE NATIONAL INSTITUTE FOR THE DEFENSE OF FREE COMPETITION AND THE PROTECTION OF INTELLECTUAL PROPERTY (INDECOPI) DATED FEBRUARY 25, 2025



Mayra M. Alayo Rubio
CTP N° 0773

N° 0742534

Valor 3.50 Soles

VER INDICACIONES AL REVERSO

**ADVERTENCIA**

El presente documento está impreso con medidas de seguridad en papel sensibilizado resistente a solventes químicos contra falsificaciones y adulteraciones. Cualquier reacción o enmendadura anulará la validez del mismo. Para verificar su autenticidad deberá:

- Ver al trasluz la marca de agua TGS.
- Frotar con un papel blanco la orla decorativa para verificar que manche.
- Exponer el documento a la luz ultra violeta, utilizada para la verificación de billetes, a fin de visualizar las fibrillas impregnadas dentro de la masa del papel.
- Verificar si la numeración de color rojo impresa en el documento ha penetrado la masa del papel y se puede ver en el reverso. Es imposible removerla.

MAYRA MILAGROS ALAYO RUBIO
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0061-2025

Page 1 of 1

REPÚBLICA DEL PERÚ (THE REPUBLIC OF PERU)
PRESIDENCIA DEL CONSEJO DE MINISTROS
(OFFICE OF THE PRIME MINISTER)
INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL – INDECOPI
(NATIONAL INSTITUTE FOR THE DEFENSE OF FREE COMPETITION AND THE PROTECTION OF INTELLECTUAL PROPERTY – INDECOPI)
*32 YEARS*

## STATEMENT

The National Institute for the Defense of Free Competition and the Protection of Intellectual Property (INDECOPI) hereby informs that on February 24 it received a petition from the company TELEFÓNICA DEL PERÚ S.A.A. to initiate an ordinary bankruptcy proceeding with a request to carry out an asset restructuring.

In accordance with the General Bankruptcy Act, the Bankruptcy Proceedings Commission has a maximum period of ninety (90) business days, which expires on July 3, 2025, to rule on said petition.

If the aforementioned petition is admitted, the Commission would issue a resolution ordering the initiation of the ordinary bankruptcy proceeding, and this fact would be disseminated through INDECOPI's Bankruptcy Gazette.

Lima, February 25, 2025

------------



I, the undersigned Certified Translator, Member of the Peruvian Association of Professional Licensed Translators (CTP), do hereby certify that this Certified Translation, consisting of _1_ pages, is a true and correct translation into English of the original document in _Spanish_ enclosed herewith which has been produced before me.

This certification shall be considered an acknowledgment of the accuracy of the translation but not of the authenticity or contents of the document in source language attached hereto.
Signed in Lima, this 25th day of February, 2025

Mayra M. Alayo Rubio
CTP N° 0773