IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.*,[1] | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
| | ) |

### NOTICE OF HEARING

On February 25, 2025, Timothy O'Connor (the "**Petitioner**" or the "**Foreign Representative**"), in his capacity as the duly-authorized foreign representative (as such term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**")) of the Peruvian Proceeding (as defined below) of Telefónica del Perú S.A.A., commenced the above-captioned case under chapter 15 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**")[2] in furtherance of its voluntary ordinary restructuring proceeding (the "**PCO**" or the "**Peruvian Proceeding**") commenced on February 24, 2025 pursuant to Article 24 of the General Law of the Bankruptcy System (*Ley General del Sistema Concursal*) (Law No. 27809) of the Republic of Peru, pending before the National Institute for the Defense of Competition and Protection of Intellectual Property (*Instituto Nacional de Defensa de la Competencia y de la Protección de la Propiedad Intelectual*).

---

[1] The debtor in this chapter 15 case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A. (7491 – Peru).

[2] The Foreign Representative commenced the Chapter 15 Case with respect to the Chapter 15 Debtor by filing the *Petitioner's Declaration and Verified Petition for Recognition of the Peruvian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105, 1509, 1515, 1517, and 1521* [ECF No. 2] and the form of voluntary petition [ECF No. 1] filed concurrently therewith.

The Bankruptcy Court has scheduled a hearing for **February 26, 2025 at 4:00 p.m. (prevailing Central Time)** before Judge Alfredo R. Perez in Courtroom 400 of the Bankruptcy Court to consider:

- **Provisional Relief Motion.**  *Emergency Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362* [ECF 4].

- **Procedural Motion.**  *Foreign Representative's Emergency Motion for Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice* [ECF 5].

- **Complex Case.**  *Notice of Designation as Complex Chapter 15 Case* [ECF 6].

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is **282694**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's homepage. The meeting code is "**JudgePerez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Perez's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

[*Remainder of page intentionally left blank.*]

Dated: February 26, 2025
Houston, Texas

        */s/ Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

John K. Cunningham (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)
Amanda Parra Criste (*pro hac vice* pending)
Andrea Kropp (*pro hac vice* pending)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: jcunningham@whitecase.com
      rkebrdle@whitecase.com
      aparracriste@whitecase.com
      andrea.kropp@whitecase.com

Jason Zakia (*pro hac vice* pending)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner and Foreign Representative*