**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>*Telefónica del Perú S.A.A.*,[1]<br><br>Debtor in a Foreign Proceeding. | Case No. 25-90022 (ARP)<br><br>Chapter 15 |

**RESERVATION OF RIGHTS OF**
**CITIBANK, N.A. REGARDING THE EMERGENCY MOTION FOR**
**PROVISIONAL RELIEF PURSUANT TO 11 U.S.C. §§ 1519, 105(a), AND 362**

Citibank, N.A., solely in its capacity as Trustee, Paying Agent, Calculation Agent and Registrar for the 7.375% Senior Notes due 2027, ("Citibank") hereby files this reservation of rights (the "Reservation of Rights") in the above-captioned Chapter 15 Case of Telefónica del Perú S.A.A. with respect to the *Emergency Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362* [Docket No. 4] (the "Motion) and respectfully states as follows:

In light of the timing and speed of the Motion and this Chapter 15 Case, Citibank reserves all of its rights, claims, defenses, and remedies, including the right to amend, modify or supplement this Reservation of Rights, to raise additional objections or introduce evidence at any hearing relating to this Reservation of Rights, the Motion or the Chapter 15 Case, or to seek discovery, and without in any way limiting any other rights of Citibank under, or pursuant to, law or equity.

---

[1] The debtor in this chapter 15 case (the "Chapter 15 Case") and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A. (7491 – Peru) (the "Chapter 15 Debtor").

Dated: February 26, 2025

Respectfully Submitted,

ALSTON & BIRD LLP

/s/ *Jared M. Slade*
Jared M. Slade
Texas Bar No. 24060618
S.D. Tex. Bar No. 1813371
2200 Ross Avenue
Dallas, Texas 75201
T: (214) 922-3424
F: (214) 922-3844
E: Jared.Slade @alston.com

-and-

Gerard S. Catalanello (*pro hac vice* forthcoming)
Stephen M. Blank (*pro hac vice* forthcoming)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
F: (212) 210-9444
E: Gerard.Catalanello@alston.com
   Stephen.Blank@alston.com

*Attorneys for Citibank, N.A., in its capacity as Trustee, Paying Agent, Calculation Agent and Registrar for the 7.375% Senior Notes due 2027*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *Reservation of Rights* by filing such with the Court's CM/ECF system.

                  /s/ *Jared M. Slade*
                  Jared M. Slade