IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.*,[1] | ) |
|  | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
|  | ) |

**NOTICE OF FILING OF REDLINE OF REVISED PROPOSED INTERIM ORDER GRANTING PROVISIONAL RELIEF**

**PLEASE TAKE NOTICE** that, on February 26, 2025, the Petitioner filed the *Proposed Order Granting Provisional Relief* [Docket No. 4] (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that, on February 26, 2025, the Petitioner filed a revised Proposed Interim Order Granting Provisional Relief [Docket No. 27] (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline of the Revised Proposed Order against the Proposed Order.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The debtor in this chapter 15 case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A (7491–Peru).

Dated: February 26, 2025
Houston, Texas

/s/ Charles R. Koster
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  jcunningham@whitecase.com
         rkebrdle@whitecase.com
         aparracriste@whitecase.com
         andrea.kropp@whitecase.com

Jason Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner and Foreign Representative*

## **Certificate of Service**

I certify that on February 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster

## Exhibit A

**Redline – Revised Proposed Interim Order**