## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.*,[1] | ) | |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | Chapter 15 |
| | ) | |

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on March 20, 2025, a true and correct copy of the *Statement Notifying the Court of Developments in the Peruvian Restructuring Proceeding Pursuant to 11 U.S.C. § 1518* [Docket No. 55] (the "**Notice**") was served on behalf of Timothy O'Connor (the "**Petitioner**" or the "**Foreign Representative**"), on those individuals identified on the service list attached here to as **Exhibit A**, and on March 21, 2025 those individuals identified on the service list attached hereto as **Exhibit B** in the manner specified therein.

*[Remainder of page left intentionally blank]*

---

[1]    The debtor in this chapter 15 case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A (7491–Peru).

Dated: March 22, 2025
Houston, Texas

/s/ Charles R. Koster
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  jcunningham@whitecase.com
        rkebrdle@whitecase.com
        aparracriste@whitecase.com
        andrea.kropp@whitecase.com

Jason Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner and Foreign Representative*

**<u>Certificate of Service</u>**

I certify that on March 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>/s/ *Charles R. Koster*</u>
Charles R. Koster

# EXHIBIT A

**Via Electronic Mail**

| Notice Party Name | Notice Party E-mail Address |
|---|---|
| **The United States Trustee** | |
| Office of the United States Trustee for the Southern District of Texas | USTP.Region07@usdoj.gov hector.duran.jr@usdoj.gov |
| **Chapter 15 Debtor** | |
| Telefónica del Perú S.A.A. | christiann.hudtwalcker@telefonica.com milagros.munoz@telefonica.com |
| Rebaza Alcázar & de las Casas (Counsel to the Chapter 15 Debtor) | jose.jimenez@rebaza-alcazar.com marcia.arellano@rebaza-alcazar.com alicia.lacruz@rebaza-alcazar.com |
| White & Case LLP (Counsel to the Foreign Representative and Chapter 15 Debtor) | jcunningham@whitecase.com rkebrdle@whitecase.com aparracriste@whitecase.com andrea.kropp@whitecase.com |
| **NY Noteholders** | |
| Akin Gump Strauss Hauer & Feld LLP (Counsel to the NY Noteholders) | idizengoff@akingump.com mlahaie@akingump.com |
| CMS Grau (Counsel to the NY Noteholders) | michelle.barclay@cms-grau.com |
| **NY Notes Trustee and Related Parties** | |
| Citibank (Trustee) | louis.a.piscitelli@citi.com peter1.lopez@citi.com |
| Alston & Bird (Counsel to Citibank) | Gerard.Catalanello@alston.com stephen.blank@alston.com Jared.Slade@alston.com adam.smith@alston.com |
| **Others** | |
| Depository Trust Company | mandatoryreorgannouncements@dtcc.com |
| Reed Smith LLP (Counsel to Fox News Network, LLC) | apiccione@reedsmith.com |

## EXHIBIT B

**Via First Class Mail**

| Notice Party Name | Notice Party Address |
|---|---|
| **The United States Trustee** | |
| Office of the United States Trustee for the Southern District of Texas | Attn: Hector Duran<br>Office of The United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>U.S.A. |
| **Chapter 15 Debtor / Telefónica** | |
| Telefónica del Perú S.A.A<br><br>(Chapter 15 Debtor) | Attn: Christiann Antonio Hudtwalcker Zegarra<br>Milagros Muñoz Bazan<br>Avenida Arequipa 1155<br>Santa Beatriz<br>Lima, Peru |
| Telefónica S.A. | Calle Gran Vía 28-5<br>Madrid, Spain 28013 |
| Telefónica Hispanoamérica S.A. | Distrito Telefónica – Edificio Central, PI. 2ª<br>Ronda de la Comunicación s/n<br>Madrid, Spain 28050 |
| Rebaza Alcázar & de las Casas<br><br>(Counsel to the Chapter 15 Debtor) | Attn: José Jiménez, Marcia Arellano, Alicia La Cruz<br>Av. Víctor Andrés Belaúnde 147,<br>Vía Principal 133, Floor 2 y 3<br>Edificio Real Dos, San Isidro<br>Lima, Peru |
| **NY Noteholders** | |
| Akin Gump Strauss Hauer & Feld LLP<br><br>(Counsel to the NY Noteholders) | Attn: Ira Dizengoff, Esq., Meredith Lahaie, Esq.<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>U.S.A. |
| CMS Grau<br><br>(Counsel to the NY Noteholders) | Attn:  Michelle Barclay<br>Av. Santa María 130<br>Miraflores, L18<br>Lima, Peru |
| **NY Notes Trustee and Related Parties** | |
| Citibank<br><br>(Trustee) | Attn:  Louis Piscitelli and Peter Lopez<br>388 Greenwich Street, 26th Floor<br>New York, New York 10013<br>U.S.A. |

| Notice Party Name | Notice Party Address |
|---|---|
| Alston & Bird<br><br>(Counsel to Citibank) | Attn: Stephen Blank, Gerard S. Catalanello<br>90 Park Avenue,<br>New York, NY 10016<br>U.S.A.<br><br>Attn: Jared M. Slade<br>2200 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>U.S.A.<br><br>Attn: Adam Smith<br>1120 South Tryon Street<br>Charlotte, NC 28203-6818<br>U.S.A. |
| **Others** | |
| 2BE Named LLC | 285 Dodd Ln<br>Alpharetta GA 30005<br>U.S.A. |
| AMC Networks Latin America LLC | Two Alhambra Plaza,<br>Suite 800<br>Coral Gables, Florida 33134<br>U.S.A. |
| AT&T Enterprises, LLC | P.O Box 854<br>2 Gatehall Dr<br>Parsippany, NJ 07054<br>U.S.A. |
| AT&T Maritime Services | PO Box 6463<br>Carol Stream, IL 60197<br>U.S.A. |
| BMC Software Inc. | 2101 CityWest Blvd<br>Houston, TX 77042<br>U.S.A. |
| Botmaker Inc. | 2820 Brickell Ave<br>Miami, FL, 33129-2812<br>U.S.A. |
| Cisco Systems Inc. | 170 West Tasman Dr.<br>San Jose, CA 95134<br>U.S.A. |
| Claxson Media, LLC | 1550 Biscayne Boulevard<br>Miami, FL 33132<br>U.S.A. |
| Condista International, LLC | 2105 NW 102nd Avenue<br>3rd Floor<br>Miami, Fl, 33172 |

| Notice Party Name | Notice Party Address |
|---|---|
|  | U.S.A. |
| CPT Holdings Inc. | 10202 W. Washington Blvd. Culver City, CA 90232 U.S.A. |
| Data in Action LLC | 2609 Collins Ave. Miami Beach, FL 33140 U.S.A. |
| Davis Polk & Wardwell, LLP | 450 Lexington Avenue New York, NY 10017 U.S.A. |
| Depository Trust Company | Depository Trust Company 140 58th Street Brooklyn, NY 11220 U.S.A. |
| DHE Group Inc. | 1914 Tustin Street. Philadelphia, PA 19152 U.S.A. |
| Digicel | 701 Waterford Way Miami, Florida, 33126, U.S.A. |
| Disney DTC Latam Inc. | 500 South Buena Vista St. Burbank, CA 91521 U.S.A. |
| Disney Online | 500 South Buena Vista St. Burbank, CA 91521 U.S.A. |
| DZS Inc. | 5700 Tennyson Parkway SUITE 400 Plano, TX 75024 U.S.A. |
| Eurochannel Inc. | 235 Lincoln Rd. Suite 206 Miami Beach, FL 33139 U.S.A. |
| Gracenote Media Services LLC | 29421 Network Place Chicago IL 60673 U.S.A. |
| Hmtv Pasiones Latam, LLC | 2000 Ponce de Leon Blvd. Suite 501 Coral Gables, FL 33146 U.S.A. |
| Latinamerican Television LLC | 801 Brickell Av Suite 900 Miami, FL 33131 |

| Notice Party Name | Notice Party Address |
|---|---|
|  | U.S.A. |
| Mail2World | 10960 Wilshire Blvd Suite 990<br>Los Angeles, CA 90024<br>U.S.A. |
| Meteor Mobile Communications | 4030 Kingswood Avenue<br>Montgomery, NJ 08502<br>U.S.A. |
| Microsoft Corporation | 15010 NE 36th St<br>Building 92<br>Redmond, WA 98052<br>U.S.A. |
| MTV Networks | 1111 Lincoln Rd<br>Fl 6.<br>Miami Beach, FL 33139<br>U.S.A. |
| Newtoms LLC | 541 Sweetfern Ln<br>Sugar Hill, GA 30518<br>U.S.A. |
| Sprinklr Inc. | 29 W 35th St<br>New York, NY 10001<br>U.S.A. |
| ST Engineering iDirect, Inc. dba iD | 13861 Sunrise Valley Dr<br>#300<br>Herndon, VA 20171<br>U.S.A. |
| Thema America Inc. | 101 NW 8th<br>St #200<br>Miami, FL 33136<br>U.S.A. |
| T-Mobile USA | 12920 SE 38th Street<br>Bellevue, WA 98006<br>U.S.A. |
| TVE Solution Corp | 3350 SW 148th Ave<br># 120<br>Miramar, FL 33027<br>U.S.A. |
| Venturestars of USA LLC | 2200 N Commerce Pkwy<br>Weston, FL 33326<br>U.S.A. |
| Verizon Wireless | 500 W. Dove Road<br>Southlake, Texas 76092<br>U.S.A. |

| Notice Party Name | Notice Party Address |
|---|---|
| Viaero Wireless | 1224 West Platte Ave<br>Fort Morgan, CO 80701<br>U.S.A. |
| Reed Smith LLP | 599 Lexington Avenue<br>New York, NY 10022<br>U.S.A. |