# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.*,[1] | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
| | ) |

## NOTICE OF ADJOURNMENT OF
## HEARING ON RECOGNITION OF CHAPTER 15 PETITION

**PLEASE TAKE NOTICE** that on February 25, 2025, Timothy O'Connor (the "**Petitioner**" or "**Foreign Representative**"), as the duly-authorized foreign representative (as such term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**")) of the above-captioned debtor (the "**Chapter 15 Debtor**" or "**Telefónica del Perú**"), commenced the above-captioned case under chapter 15 of the Bankruptcy Code (the "**Chapter 15 Case**") by filing with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") the *Petitioner's Declaration and Verified Petition for Recognition of the Peruvian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105, 1509, 1515, 1517, 1520 and 1521* [ECF No. 2] (the "**Verified Petition**") and the form of voluntary petition [ECF No. 1] (the "**Form of Petition**" and, together with the Verified Petition, the "**Petition**"), in furtherance of the voluntary ordinary restructuring proceeding (the "**Peruvian Restructuring Proceeding**") of Telefónica del Perú commenced on February 24, 2025, pursuant to Article 24 of the General Law of the Bankruptcy System (Law No. 27809) (*Ley General del Sistema Concursal*), of the laws of the Republic of Peru, pending before the National Institute for the Defense of Competition and Protection of Intellectual Property (*Instituto Nacional de Defensa de la Competencia y de la Protección de la Propiedad Intelectual*).

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "**Hearing**") to consider the relief requested in the Verified Petition scheduled for May 28, 2025, at 11:00 a.m. (prevailing Central Time) is adjourned to **June 25, 2025 at 11:00 a.m. (prevailing Central Time)** before the Honorable Alfredo R. Perez. In accordance with General Order 2020-10, dated March 24, 2020 (Rosenthal, C.J.), a copy of which may be viewed on the Bankruptcy Court's website at http://www.txs.uscourts.gov/district/genord, the Hearing will be conducted telephonically and in-person unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition, or the relief requested therein, must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local

---

[1] The debtor in this Chapter 15 Case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A (7491–Peru).

Rules for the United States Bankruptcy Court for the Southern District of Texas, and any rules of the Honorable Alfredo R. Perez's Chambers, setting forth the basis therefor with specificity.  Any such response or objection must be: (i) filed electronically with the Bankruptcy Court on the Bankruptcy Court's electronic case filing system in accordance with and except as provided in General Order No. 2004-9 and the Bankruptcy Court's Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts (copies of each of which may be viewed on the Bankruptcy Court's website at www.txs.uscourts.gov), and (ii) served upon counsel to the Petitioner, White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq. (jcunningham@whitecase.com), Richard S. Kebrdle, Esq. (rkebrdle@whitecase.com), Amanda Parra Criste, Esq. (aparracriste@whitecase.com), and Andrea Kropp, Esq. (andrea.kropp@whitecase.com)), so as to be received **by 4:00 p.m. (prevailing Central Time) on or before June 18, 2025**.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petition without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the Petition or the relief requested therein must appear at the Hearing at the time set forth above (unless ordered otherwise by the Bankruptcy Court).

**PLEASE TAKE FURTHER NOTICE** that you may participate in the Hearing either in person or by an audio and video connection.  Audio communication will be by the use of the Court's dial-in facility.  You may access the facility at (832) 917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Perez's conference room number is 282694.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Perez's homepage.  The meeting code is "JudgePerez".  Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Perez's homepage.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: May 15, 2025
Houston, Texas

*/s/ Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  jcunningham@whitecase.com
         rkebrdle@whitecase.com
         aparracriste@whitecase.com
         andrea.kropp@whitecase.com

Jason Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

Samuel P. Hershey (admitted *pro hac vice)*
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner and Foreign Representative*

## **Certificate of Service**

  I certify that on May 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster
