**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.,* [1] | ) |
|  | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
|  | ) |

**STATEMENT NOTIFYING THE COURT OF DEVELOPMENTS IN THE PERUVIAN
RESTRUCTURING PROCEEDING PURSUANT TO 11 U.S.C. § 1518**

1.      Timothy O'Connor (the "**Petitioner**" or the "**Foreign Representative**"), the duly-authorized foreign representative of Telefónica del Perú S.A.A. ("**Company**" or the "**Chapter 15 Debtor**") in its voluntary ordinary restructuring proceeding (the "**PCO**" or "**Peruvian Restructuring Proceeding**")[2] commenced before the National Institute for the Defense of Competition and Protection of Intellectual Property (*Instituto Nacional de Defensa de la Competencia y de la Protección de la Propiedad Intelectual*) ("**INDECOPI**") by the filing of a petition (the "**PCO Petition**") on February 24, 2025 pursuant to Article 24 the General Insolvency Law (*Ley General del Sistema Concursal*) (Law No. 27809) (the "**Peruvian Insolvency Law**"), of the laws of the Republic of Peru, respectfully submits this statement pursuant to section 1518 of title 11 of the United States Code to provide the United States Bankruptcy Court for the Southern District of Texas (this "**Court**") with a status update on the Peruvian Restructuring Proceeding.

2.      On February 25, 2025, the Foreign Representative commenced the above-captioned case under chapter 15 of Bankruptcy Code and filed with this Court, among other things, the

---

[1]     The debtor in this chapter 15 case (the "**Chapter 15 Case**") and the last four digits of the tax number in the jurisdiction in which it pays taxes is Telefónica del Perú S.A.A. (7491–Peru).

[2]     The PCO case number is: PCO: 00026-2025/CCO-INDECOPI.

*Petitioner's Declaration and Verified Petition for Recognition of the Peruvian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105, 1509, 1515, 1517, 1520 and 1521* [ECF No. 2] seeking recognition of the Peruvian Restructuring Proceeding as the Chapter 15 Debtor's foreign main proceeding (the "**Recognition Petition**").

3.      On February 26, 2025, the Court granted provisional relief imposing a stay of all actions against the Chapter 15 Debtor and its assets in the U.S. through the Court's consideration of the Recognition Petition [ECF No. 31].  The hearing on the Recognition Petition is currently scheduled for June 25, 2025 at 11:00 a.m. (prevailing Central Time).

4.      On May 14, 2025, INDECOPI issued a resolution (the "**INDECOPI Resolution**") declaring the Chapter 15 Debtor to be admitted to the Peruvian Restructuring Proceeding. A true and correct copy of the INDECOPI Resolution in Spanish and a certified English translation are attached as **Exhibit A**.  On May 16, 2025, INDECOPI formally notified the Company of the INDECOPI Resolution.

5.      On May 19, 2025, INDECOPI published a notice (the "**INDECOPI Notice**") of the initiation of the PCO in its Insolvency Gazette (*Boletín Concursal*). A true and correct copy of the INDECOPI Notice in Spanish and a certified English translation are attached as **Exhibit B**. As a result of the INDECOPI Notice and under the Peruvian Insolvency Law, all creditors are automatically stayed from taking action against the Company and its assets in Peru in connection with their pre-publication claims.

6.      Shortly after the INDECOPI Resolution, INDECOPI also issued a resolution accepting the Company's withdrawal of a separate petition for a preventive insolvency proceeding (*Procedimiento Concursal Preventivo*) pursuant to Article 103 of the Peruvian Insolvency Law that the Company had recently filed with INDECOPI (the "**PCP Petition**").  The Company had

2

filed the PCP Petition as an additional option to the PCO Petition for the Company's implementation of a potential future restructuring, but the Company ultimately determined that continuing to seek INDECOPI's acceptance of the PCO Petition (instead of the PCP Petition) was in the best interest of the Company and its stakeholders to protect the Company's assets in Peru as soon as possible.

7.     The Foreign Representative will keep this Court apprised of further developments.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 28, 2025
Houston, Texas

*/s/ Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  jcunningham@whitecase.com
        rkebrdle@whitecase.com
        aparracriste@whitecase.com
        andrea.kropp@whitecase.com

Jason Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

Samuel P. Hershey (admitted *pro hac vice)*
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner*
*and Foreign Representative*

**Certificate of Service**

I certify that on May 28, 2025, I caused a copy of the foregoing document to be served via electronic mail, U.S. mail, or first-class postage, as applicable, and by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*

Charles R. Koster

# <u>Exhibit A</u>

## INDECOPI Resolution

# COLEGIO DE TRADUCTORES DEL PERÚ
## Creado por Ley N° 26684

**MAYRA MILAGROS ALAYO RUBIO**
**CTP N.° 0773**
**Certified Translator**
**Spanish – English – French – Portuguese – Italian**

# CERTIFIED TRANSLATION
# CT No. 0150-2025

**RESOLUTION 3053-2025/CCO-INDECOPI ISSUED BY THE BANKRUPTCY
PROCEEDINGS COMMISSION OF THE NATIONAL INSTITUTE FOR THE
DEFENSE OF FREE COMPETITION AND THE PROTECTION OF INTELLECTUAL
PROPERTY – INDECOPI DATED MAY 14, 2025**



N° 0742589

Mayra M. Alayo Rubio
CTP N° 0773

Valor 3.50 Soles

VER INDICACIONES AL REVERSO



**ADVERTENCIA**

El presente documento está impreso con medidas de seguridad en papel sensibilizado resistente a solventes químicos contra falsificaciones y adulteraciones. Cualquier reacción o enmendadura anulará la validez del mismo. Para verificar su autenticidad deberá:

- Ver al trasluz la marca de agua TGS.
- Frotar con un papel blanco la orla decorativa para verificar que manche.
- Exponer el documento a la luz ultra violeta, utilizada para la verificación de billetes, a fin de visualizar las fibrillas impregnadas dentro de la masa del papel.
- Verificar si la numeración de color rojo impresa en el documento ha penetrado la masa del papel y se puede ver en el reverso. Es imposible removerla.



**MAYRA MILAGROS ALAYO RUBIO**
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0150-2025

Page 1 of 5

**REPÚBLICA DEL PERÚ (THE REPUBLIC OF PERU)**
**PRESIDENCIA DEL CONSEJO DE MINISTROS**
**(OFFICE OF THE PRIME MINISTER)**
**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL – INDECOPI**
**(NATIONAL INSTITUTE FOR THE DEFENSE OF FREE COMPETITION AND THE PROTECTION OF INTELLECTUAL PROPERTY – INDECOPI)**
***WITH FULL FORCE, WE CAN WIN IT ALL — GO PERU!***
**COMISIÓN DE PROCEDIMIENTOS CONCURSALES**
**(BANKRUPTCY PROCEEDINGS COMMISSION)**
**ADDRESS: AV. DEL AIRE 384, SAN BORJA, LIMA 41, PERU**
**TELEPHONE: 224 7800**
**E-MAIL:** <u>consultas@indecopi.gob.pe</u>
**WEBSITE: www.gob.pe/indecopi**

*"Decade of Equal Opportunities for Women and Men"*
*"Year of the Recovery and Consolidation of the Peruvian Economy"*

**RESOLUTION 3053-2025/CCO-INDECOPI**
**DOCKET 026-2025/CCO-INDECOPI**

| | |
|---|---|
| **DEBTOR** | : **TELEFÓNICA DEL PERÚ S.A.A. (TDP)** |
| **IN THE MATTER OF** | : **ORDINARY BANKRUPTCY PROCEEDING** |
| | **DECLARATION OF BANKRUPTCY** |

Lima, May 14, 2025

**I. BACKGROUND INFORMATION**

Through writ submitted on February 24, 2025[1], and supplemented on February 27, 2025[2], TDP requested the opening of an ordinary bankruptcy proceeding in compliance with the Bankruptcy System Act, Section 24 *et seq.*. In its petition, the debtor requested to undergo an asset restructuring process.

Through Request 2227-2025/CCO-INDECOPI, served on March 17, 2025, TDP was required to submit additional documentation within three (3) business days following notification.

Through writ submitted on March 19, 2025[3], TDP requested an extension to answer to the aforementioned request.

Through Letter 0863-2025/CCO-INDECOPI, served on March 24, 2025, TDP was granted a five (5) business day extension.

---

[1] Virtual Acknowledgment of Receipt No.: 2025-V01-021641.

[2] Document Processing – Front Desk No.: 0029507-2025.

[3] Virtual Acknowledgment of Receipt No.: 2025-V01-032765.

**MAYRA MILAGROS ALAYO RUBIO**
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0150-2025

Page 2 of 5

Through writs submitted on March 31, 2025[4], and supplemented on April 7, 2025[5], TDP answered to Request 2227-2025/CCO-INDECOPI and submitted, inter alia: i) a hard copy of Online Tax Return Program (PDT) 0604 – Electronic Payroll – Monthly Payroll (PLAME) for January 2025, ii) detailed information regarding the Item "wages, vacation pay, and bonuses payable" of Annex 8.5 "Other accounts payable," and iii) a list of assets comprising the *"Fixed and Intangible Assets of Telefónica del Perú S.A.A. as of December 2024."* Additionally, TDP requested that this information be classified as confidential in accordance with Directive 001-2008/TRI-INDECOPI.

Through Resolution 2310-2025/CCO-INDECOPI, dated April 11, 2025, confidentiality was granted for the information contained in Online Tax Return Program (PDT) 0604 – Electronic Payroll – Monthly Payroll (PLAME) for January 2025 and the detailed information regarding the Item "wages, vacation pay, and bonuses payable" of Annex 8.5 "Other accounts payable," in accordance with the provisions set forth in the referred Directive. However, the petition to classify the information related to *"Fixed and Intangible Assets of Telefónica del Perú S.A.A. as of December 2024"* as confidential was denied. Finally, TDP was further required to inform, within five (5) business days of notification, whether it wished to have said information returned[6].

Through writ submitted on May 8, 2025[7], TDP requested that the information related to *"Fixed and Intangible Assets of Telefónica del Perú S.A.A. as of December 2024"* not be returned. TDP also stated that it would not file any appeal against Resolution 2310-2025/CCO-INDECOPI, thereby waiving its right to challenge the administrative act.

## II. ISSUE IN DISPUTE

Determine whether it is appropriate to declare TDP in bankruptcy under the provisions of the Bankruptcy System Act.

## III. ANALYSIS OF THE ISSUE IN DISPUTE

In compliance with the Bankruptcy System Act, Section 24.1[8], any debtor may request can demonstrate that either:

---

[4] Virtual Acknowledgment of Receipt No.: 2025-V01-038146 and 2025-V01-038149, and Document Processing – Front Desk No.: 0047357-2025.

[5] Virtual Acknowledgment of Receipt No.: 2025-V01-041159.

[6] The resolution was served on TDP on April 29, 2025, under acknowledgment of receipt recorded in the docket.

[7] Virtual Acknowledgment of Receipt No.: 2025-V01-053759.

[8] **Bankruptcy System Act. Section 24.- Opening of Proceeding at the Debtor's Request**
24.1 Any debtor may request the opening of Ordinary Bankruptcy Proceeding, provided that it can demonstrate that it meets at least one of the following conditions:
a) That more than one-third of its total liabilities are overdue and unpaid for a period exceeding thirty (30) calendar days.
b) That it has accrued losses, net of reserves, in an amount greater than one-third of its paid-in capital stock.

Mayra M. Alayo Rubio
CTP N° 0773

**MAYRA MILAGROS ALAYO RUBIO**
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0150-2025

Page 3 of 5

a) more than one-third of its total liabilities are overdue and unpaid for more than thirty (30) calendar days.
b) it has accrued losses, net of reserves, exceeding one-third of the paid-in capital stock.

Furthermore, Section 24.2 of the referred act[9] provides that if the request is submitted by the debtor, this latter shall state its petition to carry out an asset restructuring or, as applicable, a dissolution and liquidation process, subject to the following: a) For an asset restructuring, the debtor must demonstrate that its accrued losses, net of reserves, do not exceed the total amount of paid-in capital; and b) If it does not meet the condition described in paragraph a), the debtor may only file a petition for dissolution and liquidation, which shall be declared in the resolution declaring the debtor in bankruptcy.

Additionally, Bankruptcy System Act, Section 25, details the documentation and information that the legal entity, seeking to enter an ordinary bankruptcy proceeding, must submit to the bankruptcy authority.

In this case, TDP requested the opening of the ordinary bankruptcy proceeding in compliance with the Bankruptcy System Act, Section 24.1, Subsection b). Moreover, it has been verified that TDP has complied with all documentary requirements under Bankruptcy System Act, Section 25, including the submission of audited Financial Statements (Statement of Financial Position, Profit and Loss Statement, Statement of Changes in Net Equity, and Statement of Cash Flows) for fiscal years 2023 and 2024.

In this regard, according to review performed on Accounting Report 006-2025/CCO-INDECOPI[10], issued by the Commission's accounting advisor on May 9, 2025, based on the audited Statement of Financial Position as of December 31, 2024, it is evidenced that TDP's accrued losses, net of reserves, exceed one-third of its paid-in capital stock, in accordance with the referred legal provision, as detailed below:

---

[9]  **Bankruptcy System Act. Section 24.- Opening of  Proceeding at the Debtor's Request** (...)
24.2 In the event the request is submitted by the debtor, the debtor shall state its petition to undergo either an asset restructuring or, as applicable, a dissolution and liquidation process, considering the following: a) In order to request an asset restructuring, the debtor must demonstrate, through a report signed by its legal representative and a certified public accountant, that its accrued losses, net of reserves, do not exceed the total amount of its paid-in capital stock. The debtor must also specify the mechanisms and requirements necessary to make the recovery viable and shall submit a preliminary projection of its profit and loss and cash flow over a two-year period. b) If the debtor does not fall under the scenario outlined in Subsection a) above, it may only request its dissolution and liquidation, which shall be declared through the same resolution that declares the debtor's bankruptcy status.

If the debtor requests to enter the Ordinary Bankruptcy Proceeding under Subsection a) above, but its accrued losses, net of reserves, exceed the total amount of its capital stock, the debtor may only request its dissolution and liquidation.

[10] This document forms part of the docket.

Mayra M. Alayo Rubio
CTP N° 0773

**MAYRA MILAGROS ALAYO RUBIO**
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0150-2025

Page 4 of 5

| FINANCIAL POSITION | |
|---|---|
| **EQUITY** | **PEN** |
| Issued Capital[11] | 830,610,000.00 |
| Accrued Losses | -349,522,000.00 |
| Other Equity Reserves | -1,724,000.00 |
| **TOTAL EQUITY** | **479,364,000.00** |

| ANALYSIS | | |
|---|---|---|
| Accrued Losses | 349,522,000.00 | |
| (-) Reserves | 0.00 | |
| **Accrued Losses, Net of Reserves** | 349,522,000.00 | (A) |
| **One-third of Paid-in Capital Stock** | 276,870,000.00 | (B) |
| **ANALYSIS RESULT** | (A) > (B) | |

TDP has also stated its petition to undergo an asset restructuring in compliance with the Bankruptcy System Act, Section 24.2, Subsection a).

In this regard, according to review performed on the aforementioned Accounting Report 006-2025/CCO-INDECOPI, as well as on the audited Statement of Financial Position as of December 31, 2024, it is evidenced that TDP's accrued losses, net of reserves, do not exceed the total of its paid-in capital stock. Therefore, it falls within the legal grounds to request asset restructuring, in accordance with the aforementioned legal provision, as detailed below:

| ANALYSIS | | |
|---|---|---|
| Accrued Losses | 349,522,000.00 | |
| (-) Reserves | 0.00 | |
| **Accrued Losses, Net of Reserves** | 349,522,000.00 | (A) |
| **Total Paid-in Capital Stock** | 830,610,000.00 | (B) |
| **ANALYSIS RESULT** | (A) < (B) | |

In view of the foregoing, it is appropriate to declare TDP in bankruptcy, in compliance with the Bankruptcy System Act, Section 24.1, Subsection b).

---

[11] **NOTES TO THE FINANCIAL STATEMENTS AS OF DECEMBER 31, 2024 AND 2023 – TDP**
"(…)
25. EQUITY
(a) Issued Capital -
As of December 31, 2024 and 2023, the issued capital of Telefónica del Perú S.A.A. was represented by 5,191,315,231 (…) and 4,187,736,652 ordinary shares, respectively, all of which were fully subscribed and paid in, with a par value of PEN 0.16 and PEN 0.63 each, respectively (…)"

## IV. RESOLUTION

<u>One:</u> To declare TELEFÓNICA DEL PERÚ S.A.A. in bankruptcy.

<u>Two:</u> To order the disclosure of this declaration of bankruptcy of TELEFÓNICA DEL PERÚ S.A.A. in the weekly notice issued by the Bankruptcy Proceedings Commission in the Bankruptcy Section of INDECOPI, in compliance with the Bankruptcy System Act, Section 32, once this resolution becomes final.

**Issued with the participation of Claudia Lucía SEVILLANO CHÁVEZ, Carlos Alberto RIVERA SALAZAR, Javier Guillermo PALOMINO SEDÓ, and Mario Antonio ZAMBRANO BERENDSOHN.**

Digitally signed by: Claudia Lucía SEVILLANO CHÁVEZ FAU
20133840533 soft
Reason: Author of the document
Date: May 16, 2025; 19:51:37 -05:00

CLAUDIA LUCÍA SEVILLANO CHÁVEZ
President

----------------

I, the undersigned Certified Translator, Member of the Peruvian Association of Professional Licensed Translators (CTP), do hereby certify that this Certified Translation, consisting of _5_ pages, is a true and correct translation into English of the original document in _Spanish_ enclosed herewith, which has been produced before me.
This certification shall be considered an acknowledgment of the accuracy of the translation but not of the authenticity or contents of the document in source language attached hereto.
Signed in Lima, this _21st_ day of _May, 2025_

Mayra M. Alayo Rubio
CTP N° 0773



"Decenio de la Igualdad de oportunidades para mujeres y hombres"
"Año de la recuperación y consolidación de la economía peruana"

## COMISIÓN DE PROCEDIMIENTOS CONCURSALES

**RESOLUCIÓN Nº 3053-2025/CCO-INDECOPI**
**EXPEDIENTE Nº 026-2025/CCO-INDECOPI**

| | | |
|---|---|---|
| **DEUDORA** | : | **TELEFÓNICA DEL PERÚ S.A.A. (TDP)** |
| **MATERIA** | : | **PROCEDIMIENTO CONCURSAL ORDINARIO** |
| | | **DECLARACIÓN DE SITUACIÓN DE CONCURSO** |

Lima, 14 de mayo de 2025

## I.   ANTECEDENTES

Mediante escrito presentado el 24 de febrero de 2025[1], complementado el 27 de febrero de 2025[2], TDP solicitó el inicio de su procedimiento concursal ordinario, al amparo de lo establecido en el artículo 24 y siguientes de la Ley General del Sistema Concursal. Asimismo, expresó su petición de llevar a cabo una reestructuración patrimonial.

Por Requerimiento Nº 2227-2025/CCO-INDECOPI, notificado el 17 de marzo de 2025, se solicitó a TDP, que en un plazo no mayor de tres (3) días hábiles contados desde el día siguiente de su notificación, cumpla con presentar documentación adicional.

Mediante escrito presentado el 19 de marzo de 2025[3], TDP solicitó un plazo ampliatorio a fin de atender el citado requerimiento.

Por Carta Nº 0863-2025/CCO-INDECOPI, notificada el 24 de marzo de 2025, se otorgó a TDP una prórroga de cinco (5) días hábiles adicionales.

Mediante escritos presentados el 31 de marzo de 2025[4], complementados el 7 de abril de 2025[5], TDP absolvió el Requerimiento Nº 2227-2025/CCO-INDECOPI, para lo cual presentó, entre otros, lo siguiente: i) copia impresa del PDT 0604 – Planilla Electrónica – PLAME correspondiente al mes de enero de 2025, ii) información detallada correspondiente al Apartado de "remuneraciones, vacaciones y gratificaciones por pagar" del Anexo 8.5 "Otras cuentas por pagar"; y, iii) una relación de los bienes que conforman el *Activo Fijo e Intangibles de Telefónica del Perú S.A.A. a diciembre de 2024"*. Adicionalmente, TDP solicitó

---

[1]   Número de cargo virtual: 2025-V01-021641.

[2]   Trámite documentario – Mesa de Partes Nº: 0029507-2025.

[3]   Número de cargo virtual: 2025-V01-032765.

[4]   Números de cargo virtual: 2025-V01-038146 y 2025-V01-038149 y Trámite documentario – Mesa de Partes Nº: 0047357-2025.

[5]   Número de cargo virtual: 2025-V01-041159.

**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA
Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL**

Av. Del Aire 384 San Borja Lima 41 - Perú / Telf.: 224 7800
E-mail consultas@indecopi.gob.pe / Web: www.gob.pe / indecopi





"Decenio de la Igualdad de oportunidades para mujeres y hombres"
"Año de la recuperación y consolidación de la economía peruana"

### COMISIÓN DE PROCEDIMIENTOS CONCURSALES

que la referida información sea declarada confidencial, de conformidad con lo establecido en la Directiva N° 001-2008/TRI-INDECOPI.

Por Resolución Nº 2310-2025/CCO-INDECOPI, de fecha 11 de abril de 2025, se declaró la confidencialidad de la información contenida en el PDT 0604 – Planilla Electrónica – PLAME correspondiente al mes de enero de 2025 y la información detallada correspondiente al Apartado de "remuneraciones, vacaciones y gratificaciones por pagar" del Anexo 8.5 "Otras cuentas por pagar", de conformidad con lo previsto en la citada directiva. Además, se denegó el pedido de confidencialidad de TDP respecto de la información referida al *"Activo Fijo e Intangibles de Telefónica del Perú S.A.A. a diciembre de 2024"*. Finalmente, se requirió a TDP para que, en un plazo de cinco (5) días hábiles de notificada, informe si desea que la información referida anteriormente le sea devuelta[6].

Por escrito presentado el 8 de mayo de 2025[7], TDP solicitó que la información referida al *"Activo Fijo e Intangibles de Telefónica del Perú S.A.A. a diciembre de 2024"* no le sea devuelta. Asimismo, manifestó que no interpondrá ningún medio impugnatorio contra la Resolución N° 2310-2025/CCO-INDECOPI, por lo que se desistía del plazo legal para impugnar dicho acto administrativo.

## II.    CUESTIÓN EN DISCUSIÓN

Determinar si corresponde declarar la situación de concurso de TDP, en aplicación de la Ley General del Sistema Concursal.

## III.    ANÁLISIS DE LA CUESTIÓN EN DISCUSIÓN

Conforme al artículo 24.1 de la Ley General del Sistema Concursal[8], cualquier deudor puede solicitar el inicio de su procedimiento concursal ordinario siempre que acredite encontrarse en cualquiera de los siguientes supuestos: a) que más de un tercio del total de sus obligaciones se encuentren vencidas e impagas por un período mayor a treinta (30) días calendario o; b) que tenga pérdidas acumuladas, deducidas las reservas, cuyo importe sea mayor al tercio de su capital social pagado.

---

[6]   Dicha resolución fue notificada a TDP el 29 de abril de 2025, bajo cargo que obra en el expediente.

[7]   Número de cargo virtual: 2025-V01-053759.

[8]   **Ley General del Sistema Concursal. Artículo 24.- Inicio del procedimiento a solicitud del deudor**
      24.1 Cualquier deudor podrá solicitar el inicio del Procedimiento Concursal Ordinario siempre que acredite encontrarse en, cuando menos, alguno de los siguientes casos:
      a) Que más de un tercio del total de sus obligaciones se encuentren vencidas e impagas por un período mayor a treinta (30) días calendario;
      b) Que tenga pérdidas acumuladas, deducidas las reservas, cuyo importe sea mayor al tercio del capital social pagado.

**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL**

Av. Del Aire 384 San Borja Lima 41 - Perú / Telf.: 224 7800
E-mail: consultas@indecopi.gob.pe / Web: www.gob.pe/indecopi





"Decenio de la Igualdad de oportunidades para mujeres y hombres"
"Año de la recuperación y consolidación de la economía peruana"

### COMISIÓN DE PROCEDIMIENTOS CONCURSALES

Asimismo, el artículo 24.2 de la citada ley[9] establece que, en caso de que la solicitud sea presentada por el deudor, este expresará su petición de llevar a cabo una reestructuración patrimonial o un proceso de disolución y liquidación, de ser el caso, teniendo en cuenta lo siguiente: a) Para una reestructuración patrimonial, el deudor deberá acreditar que sus pérdidas acumuladas, deducidas las reservas, no superan al total de su capital social pagado; y, b) De no encontrarse en el supuesto del inciso a) precedente, el deudor solo podrá solicitar su disolución y liquidación, la que se declarará con la resolución que declara la situación de concurso del deudor.

Adicionalmente, el artículo 25 de la Ley General del Sistema Concursal detalla toda la documentación e información que necesariamente debe presentar ante la autoridad concursal la persona jurídica que solicita su acogimiento al procedimiento concursal ordinario.

En el presente caso, TDP solicitó el inicio del procedimiento concursal ordinario, al amparo de lo establecido en el literal b) del artículo 24.1 de la Ley General del Sistema Concursal. Del mismo modo, se ha verificado que TDP ha cumplido con presentar toda la documentación exigida por el artículo 25 de la Ley General del Sistema Concursal, dentro de la cual se encuentran sus Estados Financieros (Estado de Situación Financiera, Estado de Resultados, Estado de Cambios en el Patrimonio Neto y el Estado de Flujos de Efectivo) auditados, correspondientes a los años 2023 y 2024.

Al respecto, de la revisión del Informe Contable N° 006-2025/CCO-INDECOPI[10] elaborado por la asesora contable de la Comisión con fecha 9 de mayo de 2025, sobre la base de la información registrada en el Estado de Situación Financiera auditado al 31 de diciembre de 2024, se aprecia que TDP tiene pérdidas acumuladas, deducidas las reservas, que superan el tercio de su capital social pagado, de conformidad con el citado dispositivo legal, conforme se detalla a continuación:

---

[9]   **Ley General del Sistema Concursal. Artículo 24.- Inicio del procedimiento a solicitud del deudor**
   (...)
   24.2 En caso de que la solicitud sea presentada por el deudor, éste expresará su petición de llevar a cabo una reestructuración patrimonial o uno de disolución y liquidación, de ser el caso, teniendo en cuenta lo siguiente: a) Para una reestructuración patrimonial, el deudor deberá acreditar, mediante un informe suscrito por su representante legal y por contador público colegiado, que sus pérdidas acumuladas, deducidas las reservas, no superan al total de su capital social pagado. El deudor también especificará los mecanismos y requerimientos necesarios para hacer viable su reflotamiento, y presentará una proyección preliminar de sus resultados y flujo de caja por un período de dos (2) años. b) De no encontrarse en el supuesto del inciso a) precedente, el deudor sólo podrá solicitar su disolución y liquidación, la que se declarará con la resolución que declara la situación de concurso del deudor.

   Si el deudor solicita su acogimiento al Procedimiento Concursal Ordinario al amparo del literal a) del numeral precedente, pero tiene pérdidas acumuladas, deducidas reservas, superiores al total de su capital social, sólo podrá plantear su disolución y liquidación.

[10]  Documento que obra en el expediente.

**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA
Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL**

Av. Del Aire 384 San Borja Lima 41 - Perú / Telf.: 224 7800
E-mail: consultas@indecopi.gob.pe / Web: www.gob.pe/indecopi





"Decenio de la Igualdad de oportunidades para mujeres y hombres"
"Año de la recuperación y consolidación de la economía peruana"

### COMISIÓN DE PROCEDIMIENTOS CONCURSALES

| SITUACIÓN PATRIMONIAL | |
|---|---|
| **PATRIMONIO** | **S/** |
| Capital emitido[11] | 830,610,000.00 |
| Resultados acumulados | -349,522,000.00 |
| Otras reservas del patrimonio | -1,724,000.00 |
| **TOTAL PATRIMONIO** | **479,364,000.00** |

| ANÁLISIS | | |
|---|---|---|
| Pérdidas Acumuladas | 349,522.000.00 | |
| ( - ) Reservas | 0.00 | |
| **Pérdidas Acumuladas menos Reservas** | 349,522,000.00 | (A) |
| **1/3 Capital Social Pagado** | **276,870,000.00** | (B) |
| **RESULTADO DEL ANÁLISIS** | (A) > (B) | |

Adicionalmente, TDP expresó su petición de llevar a cabo una reestructuración patrimonial al amparo de lo establecido en el literal a) del artículo 24.2 de la Ley General del Sistema Concursal.

Sobre el particular, de la revisión del Informe Contable Nº 006-2025/CCO-INDECOPI antes citado, así como del Estado de Situación Financiera auditado al 31 de diciembre de 2024, se aprecia que TDP tiene pérdidas acumuladas, deducidas las reservas, que no superan el total de su capital social pagado, por lo que se encuentra dentro del supuesto para solicitar la reestructuración patrimonial, de conformidad con el referido dispositivo legal, tal y como se detalla a continuación:

| ANÁLISIS | | |
|---|---|---|
| Pérdidas Acumuladas | 349,522,000.00 | |
| ( - ) Reservas | 0.00 | |
| **Pérdidas Acumuladas menos Reservas** | 349,522,000.00 | (A) |
| **Total Capital Social Pagado** | **830,610,000.00** | (B) |
| **RESULTADO DEL ANÁLISIS** | (A) < (B) | |

---

[11] **NOTAS A LOS ESTADOS FINANCIEROS AL 31 DE DICIEMBRE DE 2024 Y DE 2023 DE TDP**
"(…)
25 PATRIMONIO
(a) Capital emitido -
Al 31 de diciembre de 2024 y de 2023, el capital emitido de Telefónica del Perú S.A.A. está representado por 5,191,315,231 (…) y 4,187,736,652 acciones comunes, respectivamente, integramente suscritas y pagadas, a un valor nominal de S/ 0.16 y S/ 0.63 cada una respectivamente (…)"

**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA**
**Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL**



Av. Del Aire 384 San Borja Lima 41 - Perú / Telf: 224 7800
E-mail: consultas@indecopi.gob.pe / Web: www.gob.pe/indecopi





## COMISIÓN DE PROCEDIMIENTOS CONCURSALES

En atención a lo expuesto, corresponde declarar la situación de concurso de TDP, de conformidad con lo establecido en el literal b) del artículo 24.1 de la Ley General del Sistema Concursal.

## IV.  RESOLUCIÓN

**Primero:** Declarar la situación de concurso de Telefónica del Perú S.A.A.

**Segundo:** Disponer la publicación de la situación de concurso de Telefónica del Perú S.A.A. en el aviso semanal que efectúa la Comisión de Procedimientos Concursales en el Boletín Concursal del Indecopi, conforme a lo dispuesto en el artículo 32 de la Ley General del Sistema Concursal, una vez que la presente resolución haya quedado consentida.

**Con la intervención de la señora Claudia Lucía Sevillano Chávez y los señores Carlos Alberto Rivera Salazar, Javier Guillermo Palomino Sedó y Mario Antonio Zambrano Berendsohn.**



Firmado digitalmente por SEVILLANO
CHAVEZ Claudia Lucía FAU
20133840533 soft
Motivo: Soy el autor del documento
Fecha: 16.05.2025 19:51:37 -05:00

**CLAUDIA LUCÍA SEVILLANO CHÁVEZ**
**Presidenta**

**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA
Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL**

Av. Del Aire 384 San Borja Lima 41 - Perú / Telf.: 224 7800
E-mail:consultas@indecopi.gob.pe / Web: www.gob.pe / indecopi



# Exhibit B

# INDECOPI Notice

# COLEGIO DE TRADUCTORES DEL PERU
## Creado por Ley Nº 26684

**MAYRA MILAGROS ALAYO RUBIO**
**CTP N.° 0773**
**Certified Translator**
**Spanish – English – French – Portuguese – Italian**

# CERTIFIED TRANSLATION
# CT No. 0149-2025

**NOTICE OF OPENING OF BANKRUPTCY PROCEEDING**
**DATED MAY 19, 2025**



N° 0742588

_____
Mayra M. Alayo Rubio
CTP N° 0773

Valor 3.50 Soles

VER INDICACIONES AL REVERSO



### ADVERTENCIA

El presente documento está impreso con medidas de seguridad en papel sensibilizado resistente a solventes químicos contra falsificaciones y adulteraciones. Cualquier reacción o enmendadura anulará la validez del mismo. Para verificar su autenticidad deberá:

- Ver al trasluz la marca de agua TGS.
- Frotar con un papel blanco la orla decorativa para verificar que manche.
- Exponer el documento a la luz ultra violeta, utilizada para la verificación de billetes, a fin de visualizar las fibrillas impregnadas dentro de la masa del papel.
- Verificar si la numeración de color rojo impresa en el documento ha penetrado la masa del papel y se puede ver en el reverso. Es imposible removerla.



**MAYRA MILAGROS ALAYO RUBIO**
CTP No. 0773
Certified Translator

CERTIFIED TRANSLATION No. 0149-2025

Page 1 of 1

**REPÚBLICA DEL PERÚ (THE REPUBLIC OF PERU)**
**PRESIDENCIA DEL CONSEJO DE MINISTROS**
**(OFFICE OF THE PRIME MINISTER)**
**INSTITUTO NACIONAL DE DEFENSA DE LA COMPETENCIA Y DE LA PROTECCIÓN DE LA PROPIEDAD INTELECTUAL – INDECOPI**
**(NATIONAL INSTITUTE FOR THE DEFENSE OF FREE COMPETITION AND THE PROTECTION OF INTELLECTUAL PROPERTY – INDECOPI)**
**COMISIÓN DE PROCEDIMIENTOS CONCURSALES**
**(BANKRUPTCY PROCEEDINGS COMMISSION)**

**BANKRUPTCY SECTION**
**NOTICE OF OPENING OF BANKRUPTCY PROCEEDING**
**Notice Date: May 19, 2025**

| Bankruptcy Proceedings Commission | | | | |
|---|---|---|---|---|
| In compliance with the Bankruptcy System Act, Section 32, it is hereby notified that the legal entity detailed below has entered an Ordinary Bankruptcy Proceeding: | | | | |
| Bankruptcy Proceedings Commission | Place for filing Requests for Claims Recognition | Docket No. | Company under Proceedings | Tax ID Number (RUC) |
| Main Office | Virtual Front Desk of INDECOPI (https://www.indecopi.gob.pe/mesadepartes) or Calle De la Prosa No. 104, San Borja | 26-2025/CCO-INDECOPI | Telefónica del Perú S.A.A. | 20100017491 |
| In view of the foregoing, and in compliance with the Bankruptcy System Act, Section 34.1, creditors of the company subject to this bankruptcy proceeding are hereby notified that they must file their requests for claims recognition within thirty (30) business days following the date of disclosure of this notice, plus applicable time for distance. | | | | |
| To that end, creditors must submit copies of the documentary proofs of their claims and comply with all other requirements set forth in the Consolidated Text of Administrative Procedures (TUPA) of INDECOPI, including a declaration indicating whether they have any relationship with the debtor under bankruptcy. | | | | |
| Furthermore, current and former employees of the debtor are hereby notified that they are entitled to elect their representatives before the Creditors' Meeting[1], in accordance with the procedure set forth in Minister's Resolution 324-2002-TR[2]. Once elected, they must file their request for formal appointment of representatives with the Ministry of Labor and Employment Promotion, following the requirements provided for in the Consolidated Text of Administrative Procedures of that entity[3]. | | | | |
| Lima, May 19, 2025 | | | | |

---

[1] **Bankruptcy System Act, Section 47.- Representation of Creditors in Meetings**
(…)
47.2 Wage and fringe benefit claims shall be represented by the individual(s) appointed by the Ministry of Labor and Employment Promotion, in accordance with the applicable procedure. Such representatives shall have full authority for the adoption of any of the resolutions provided for in the Law. (…)

[2] Minister's Resolution 324-2002-TR may be consulted at: https://spij.minjus.gob.pe/spij-ext-web/#/detallenorma/H836067 (Accessed: February 14, 2025).

[3] The requirements and the format to file the request with the Ministry of Labor and Employment Promotion may be consulted at: https://www2.trabajo.gob.pe/guia-de-tramites/tramites-t-u-p-a-del-mtpe-2/tupa-46/ (Accessed: February 14, 2025).

I, the undersigned Certified Translator, Member of the Peruvian Association of Professional Licensed Translators (CTP), do hereby certify that this Certified Translation, consisting of _1_ pages, is a true and correct translation into English of the original document in _Spanish_ enclosed herewith, which has been produced before me.

This certification shall be considered an acknowledgment of the accuracy of the translation but not of the authenticity or contents of the document in source language attached hereto.

Signed in Lima, this _21st_ day of _May_, _2025_



Mayra M. Alayo Rubio
CTP N° 0773



**PERÚ** | Presidencia del Consejo de Ministros | **INDECOPI**

# BOLETÍN CONCURSAL
## PUBLICACIÓN DE INICIO DE CONCURSO
### Fecha de publicación: 19 de mayo de 2025

## Comisión de Procedimientos Concursales

De conformidad con lo establecido por el artículo 32 de la Ley General del Sistema Concursal se pone en conocimiento que la siguiente persona jurídica ha quedado sometida al Procedimiento Concursal Ordinario:

| Comisión de Procedimientos Concursales | Lugar donde se deben presentar las solicitudes de reconocimiento de créditos | N° de Expediente | Empresa en proceso | RUC N° |
|---|---|---|---|---|
| Sede Central | Mesa de Partes Virtual de Indecopi (https://www.indecopi.gob.pe/mesadepartes) o Calle De la Prosa N° 104, San Borja | 26-2025/CCO-INDECOPI | Telefónica del Perú S.A.A. | 20100017491 |

**Lima, 19 de mayo de 2025**

En atención a lo anterior y de acuerdo con lo establecido por el artículo 34.1 de la Ley General del Sistema Concursal se comunica a los acreedores de la persona sometida al procedimiento concursal que deberán presentar sus solicitudes de reconocimiento de créditos dentro de los treinta (30) días hábiles posteriores a la fecha de publicación del presente aviso, más el término de la distancia.

Para estos efectos, los acreedores deberán presentar copia de los títulos justificativos de sus créditos y observar los demás requisitos previstos en el Texto Único de Procedimientos Administrativos - TUPA del INDECOPI, debiendo declarar si mantienen vinculación con el deudor concursado.

Asimismo, se notifica a los trabajadores y extrabajadores del mencionado deudor que se encuentran facultados para elegir a sus representantes ante la Junta de Acreedores[1], de acuerdo con el procedimiento establecido en la Resolución Ministerial N° 324-2002-TR y luego presentar —ante el Ministerio de Trabajo y Promoción del Empleo— su solicitud de formalización de designación de representantes, cumpliendo con los requisitos previstos en el Texto Único de Procedimientos Administrativos de dicha entidad[3].

---

[1] **Ley General del Sistema Concursal. Artículo 47.- Representación de acreedores en las Juntas**
(...)
47.2 Los créditos por remuneraciones y beneficios sociales serán representados por quien o quienes designe el Ministerio de Trabajo y Promoción del Empleo conforme al procedimiento establecido para tal efecto. El o los representantes designados contarán con facultades suficientes para la adopción de cualquiera de los acuerdos previstos en la Ley. (...)

[2] La Resolución Ministerial N° 324-2002-TR puede ser consultada en el siguiente enlace: https://spij.minjus.gob.pe/spij-ext-web/#/detallenorma/H836067 (Consulta: 14 de febrero de 2025).

[3] Los requisitos y el formato para presentar la solicitud ante el Ministerio de Trabajo y Promoción del Empleo pueden ser consultados en el siguiente enlace: https://www2.trabajo.gob.pe/guia-de-tramites/tramites-t-u-p-a-del-mtpe-2/tupa-46/ (Consulta: 14 de febrero de 2025).