# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|   |   |
|---|---|
| In re | ) |
|   | ) |
|   | ) Case No. 25-90022 (ARP) |
| *Telefónica del Perú S.A.A.*,[1] | ) |
|   | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
|   | ) |

## NOTICE OF NAME CHANGE FOR THE CHAPTER 15 DEBTOR

**PLEASE TAKE NOTICE** that at the status conference held on April 29, 2025 in the above-captioned chapter 15 case, counsel to Timothy O'Connor (the "**Petitioner**" or the "**Foreign Representative**"), the duly-authorized foreign representative of Telefónica del Perú S.A.A (now known as Integratel Perú S.A.A.) (the "**Chapter 15 Debtor**" or the "**Company**") in its voluntary ordinary restructuring proceeding commenced before the National Institute for the Defense of Competition and Protection of Intellectual Property (*Instituto Nacional de Defensa de la Competencia y de la Protección de la Propiedad Intelectual*) by the filing of a petition on February 24, 2025 pursuant to Article 24 the General Insolvency Law (*Ley General del Sistema Concursal*) (Law No. 27809), of the laws of the Republic of Peru,[2] notified the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") that Integra Tec International acquired a majority interest in the Chapter 15 Debtor.  The Foreign Representative hereby notifies the Court and all parties that Telefónica del Perú S.A.A. has changed its legal name to Integratel Perú S.A.A.

---

[1] The debtor in this chapter 15 case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Integratel Perú S.A.A. (7491 – Peru).

[2] The PCO case number is: PCO: 00026-2025/CCO-INDECOPI.

**PLEASE TAKE FURTHER NOTICE** that the case caption for this chapter 15 case is now amended for all purposes and proceedings in this chapter 15 case as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 25-90022 (ARP) |
| *Integratel Perú S.A.A.*,[1] | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
| | ) |

---

[1] The debtor in this chapter 15 case (the "**Chapter 15 Case**") and the last four digits of the tax number in the jurisdiction in which it pays taxes is Integratel Perú S.A.A. (7491 – Peru).

Dated: June 23, 2025
Houston, Texas

        */s/ Charles R. Koster*
        **WHITE & CASE LLP**
        Charles R. Koster (Texas Bar No. 24128278)
        609 Main Street, Suite 2900
        Houston, Texas 77002
        Telephone: (713) 496-9700
        Facsimile: (713) 496-9701
        Email:  charles.koster@whitecase.com

        John K. Cunningham (admitted *pro hac vice*)
        Richard S. Kebrdle (admitted *pro hac vice*)
        Amanda Parra Criste (admitted *pro hac vice*)
        Andrea Kropp (admitted *pro hac vice*)
        Southeast Financial Center
        200 South Biscayne Boulevard, Suite 4900
        Miami, Florida 33131
        Telephone: (305) 371-2700
        Facsimile: (305) 358-5744
        Email:  jcunningham@whitecase.com
                rkebrdle@whitecase.com
                aparracriste@whitecase.com
                andrea.kropp@whitecase.com

        Jason Zakia (admitted *pro hac vice*)
        111 South Wacker Drive
        Suite 5100
        Chicago, IL 60606-4302
        Telephone: (312) 881-5400
        Facsimile: (312) 881-5450
        Email: jzakia@whitecase.com

        Samuel P. Hershey (admitted *pro hac vice)*
        1221 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 819-8200
        Facsimile: (212) 354-8113
        Email: sam.hershey@whitecase.com

        *Attorneys for Timothy O'Connor, as Petitioner*
        *and Foreign Representative*

**Certificate of Service**

       I certify that on June 23, 2025, I caused a copy of the foregoing document to be served via electronic mail, U.S. mail, or first-class postage, as applicable, and by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Charles R. Koster*
                                                    Charles R. Koster