## EXHIBIT 1

**Chapter 15 Petition Form [Docket No. 1]**

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br>Southern District of Texas<br>Case number *(if known)*: _____ Chapter 15 |

☐ Check if this is an
   amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**

Telefónica del Perú S.A.A.

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN)   ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other  20100017491  . Describe identifier  Peruvian Tax ID  .

For individual debtors:

☐ Social Security number:   xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ___ ___ ___ ___

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Timothy O'Connor

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Appointed by the Debtor's Board as foreign representative of the Debtor in connection with the foreign proceeding pending before the National Institute for the Defense of Competition and Protection of Intellectual Property.

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
A certified English translation of (i) the petition commencing the foreign proceeding, (ii) INDECOPI filing
confirmation, and (ii) the Debtor's Board resolutions appointing the foreign representative.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Telefónica del Perú S.A.A. | Case number (*if known*) _____ |
|--------|---------------------------|------------|
|        | Name                      |            |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Perú

**Debtor's registered office:**

Jiron Domingo Martínez Luján 1130
Number        Street

_____
P.O. Box

Surquillo    Lima                    15048
City          State/Province/Region    ZIP/Postal Code

Perú
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City          State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

23951 Deville Way
Number        Street

_____
P.O. Box

Malibu                    CA        90265
City          State/Province/Region    ZIP/Postal Code

United States
Country

**10. Debtor's website** (URL)

https://telefonica.com.pe/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| Debtor | Telefónica del Perú S.A.A. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ Timothy O'Connor
Signature of foreign representative

Timothy O'Connor
Printed name

Executed on   02/25/2025
             MM / DD / YYYY

✖ _____
Signature of foreign representative

_____
Printed name

Executed on   _____
             MM / DD / YYYY

**14. Signature of attorney**

✖ Charles R. Koster
Signature of Attorney for foreign representative

Date   02/25/2025
       MM / DD / YYYY

Charles R. Koster
Printed name

White & Case LLP
Firm name

609 Main Street, Suite 2900
Number        Street

Houston                                          TX          10020
City                                             State       ZIP Code

(713) 496-9700                                   charles.koster@whitecase.com
Contact phone                                    Email address

24128278                                         TX
Bar number                                       State