IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 25-90022 (ARP) |
| *Integratel Perú S.A.A.*,[1] | ) |
|  | ) Chapter 15 |
| Debtor in a Foreign Proceeding. | ) |
|  | ) |

**FOREIGN REPRESENTATIVE'S AGENDA OF MATTERS SET FOR HEARING SCHEDULED FOR JUNE 25, 2025 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

Timothy O'Connor (the "**Petitioner**" or the "**Foreign Representative**"), in his capacity as Petitioner and Foreign Representative of the above-captioned debtor, files this agenda of matters set for hearing on **June 25, 2025 at 11:00 a.m. (prevailing Central Time)**:

1. **Recognition of Peruvian Proceeding and Motion for Related Relief.** Petitioner's Declaration and Verified Petition for Recognition of Peruvian Proceeding and Motion for Related Relief Pursuant to 11 U.S.C. §§ 105, 1509, 1515, 1517, 1520 and 1521 [Docket No. 2]

    A. Related Documents:

    1. Chapter 15 Petition for Recognition of Foreign Proceeding [Docket No. 1].

    2. Declaration of Jose Antonio Jimenez Pursuant to 28 U.S.C. § 1746 in Support of the Petitioner's Declaration and Verified Petition for Recognition of Peruvian Proceeding and Motion for Related Relief Pursuant to 11 U.S.C. §§ 105, 1509, 1515, 1517, 1520 and 1521 [Docket No. 3].

    3. Notice of Hearing [Docket No. 7].

    4. Order (I) Scheduling Recognition Hearing, and (II) Specifying Form and Manner of Service of Notice [Docket No. 25].

---

[1] The debtor in this chapter 15 case and the last four digits of the tax number in the jurisdiction in which it pays taxes is Integratel Perú S.A.A. (7491 – Peru).

5. Certificate of Service [Docket No. 48].

6. Notice of Adjournment of Hearing on Recognition of Chapter 15 Petition [Docket No. 50].

7. Certificate of Service [Docket No. 54].

8. Statement Notifying the Court of Developments in the Peruvian Restructuring Proceeding Pursuant to 11 U.S.C. § 1518 [Docket No. 55].

9. Certificate of Service [Docket No. 57].

10. Notice of Adjournment of Hearing on Recognition of Chapter 15 Petition [Docket No. 59].

11. Certificate of Service [Docket No. 60].

12. Statement Notifying the Court of Developments in the Peruvian Restructuring Proceeding Pursuant to 11 U.S.C. § 1518 [Docket No. 80].

13. Foreign Representative's Witness and Exhibit List for Hearing Scheduled for June 25, 2025 At 11:00 A.M. (Prevailing Central Time) [filed contemporaneously].

14. Revised Proposed Order Granting Recognition of Peruvian Proceeding and Related Relief [to be filed].

**Status:** Going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 24, 2025
Houston, Texas

                                                                                          */s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
Amanda Parra Criste (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  jcunningham@whitecase.com
       rkebrdle@whitecase.com
       aparracriste@whitecase.com
       andrea.kropp@whitecase.com

Jason Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: jzakia@whitecase.com

Samuel P. Hershey (admitted *pro hac vice)*
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com

*Attorneys for Timothy O'Connor, as Petitioner and Foreign Representative*

## Certificate of Service

      I certify that on June 24, 2025, I caused a copy of the foregoing document to be served via electronic mail, U.S. mail, or first-class postage, as applicable, and by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Charles R. Koster*
      Charles R. Koster